## Boyer's adm'r vs. Herndon.

### ERROR TO FRANKLIN CIRCUIT.

When a sheriff levies an execution which has not been replevied upon goods and chattels, and sells the goods, after the death of the defendant, for their full value, and returns the execution satisfied, the administrator cannot, in an action of assumpsit against the sheriff, recover the price and value of the goods which have been so appropriated in satisfaction of the debts of the intestate. Whether the execution might not have been quashed, not decided.

Judge MARSHALL delivered the opinion of the court.

The goods of Boyer, the defendant in the executions, having been properly taken by the sheriff under executions against him, and having been sold (though without replevy,) after his death for their full value, in satisfaction of the executions which were returned satisfied, we are of opinion that the administrator of Boyer cannot, in an action of assumpsit against the sheriff, recover the price or the value of the goods which have been thus appropriated to the satisfaction of the debts of his intestate. Whether the facts would have authorized a quashel of the returns need not be decided, we think they cannot be collaterally impeached or reviewed in this action.

Wherefore, the judgment is affirmed.

W. D. REED for plaintiff; HARLAN for defendant.